**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1335**

_____

JULIAN LEE GREEN,

        Plaintiff - Appellant,

     v.

DAVID FRANK SCHAFFER; GERARD MITCHEL; JOSH BOLYARD,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00045-JPB-JPM)

_____

Submitted:  November 25, 2025              Decided:  December 1, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Julian Lee Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Lee Green appeals the district court's order adopting the magistrate judge's recommendation and dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Green v. Schaffer*, No. 5:25-cv-00045-JPB-JPM (N.D. W. Va. Mar. 28, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*